JANE ROE,

      Plaintiff,

   v.                                 Case No. 26-CV-00504

UNITED STATES OF AMERICA,

      Defendant.

## MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), the United States of America, by and through undersigned counsel, respectfully moves the Court to dismiss the Complaint filed on March 27, 2026 (ECF 1) for failure to exhaust administrative remedies, lack of subject matter jurisdiction, and failure to state a claim. The grounds for this motion are more fully articulated in the accompanying brief in support.

Dated at Milwaukee, Wisconsin this 15th day of July, 2026.

                      Respectfully submitted,

                      *s/ Luke Sinclair*
                      LUKE P. SINCLAIR
                      Assistant United States Attorney
                      Wisconsin Bar No. 1087786
                      Office of the United States Attorney
                      Eastern District of Wisconsin
                      Federal Building, Room 530
                      517 East Wisconsin Avenue
                      Milwaukee, WI 53202
                      Telephone: (414) 297-1700
                      Fax: (414) 297-4394
                      Email: luke.sinclair@usdoj.gov
                      *Attorneys for Defendant*